IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAVON TONEY                                                                                           PLAINTIFF

v.                                     Case No. 6:23-cv-6135

JOSHUA LINGO (Jail Administrator,
Hot Springs County Jail); and INMATE
ARMANI BARNETT                                                                                    DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29. Judge Ford recommends that Defendant Armani Barnett's Motion to Dismiss (ECF No. 26) be granted and that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice.

No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 29) in toto. Defendant Barnett's Motion to Dismiss (ECF No. 26) hereby is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 8) hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge